### STATE v. JAMES B. ELLIOT.

Court of Quarter Sessions. November 18, 1829.

*Stout's Notes.*

*Rogers* [for State]. *P.P.* [for defendant].

| | |
|---|---|
| 1 Bay gelding value | [$]75.00 |
| 1 saddle | 6.00 |
| 2 bridles | 2.00 |
| | [$]83.00 |
| | 2 |
| Twofold value | [$]166.00 |

Property [of] Meshak Elliot.

1. Meshak Elliot, sworn. Proves the property to be his, the value as above, and that James B. Elliot confessed he stole them. I got the property restored.

2. Theodore Heras, sworn. James B. Elliot confessed he stole the property.

3. Milloway White, sworn. Offered to sell the horse etc. for $18.00, and I bought him.

Submitted without argument or charge. Verdict, guilty.

Judgment, pay twofold value, $166. Stand one hour in pillory. Thirty-nine lashes on the bare back, etc. Sold seven years as a servant. Pay costs of prosecution, and committed.